IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERTRAM MUSIC COMPANY, et al.,

    Plaintiff,                                 CIV. NO. S-07-1766 LEW GGH

    vs.

YEAGER HOLDINGS OF CALIFORNIA, INC.,
and STEVEN ANDREA YEAGER,

    Defendants.                             ORDER
_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on November 29, 2007.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1.  November 29, 2007 hearing on the motion for default judgment, filed October 24, 2007, is vacated; and

        2.  The motion is submitted on the record.

DATED: 11/21/07                                   /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS
                                                      U. S. MAGISTRATE JUDGE

GGH:076:Bertram1766.vac.wpd

1