IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTRAM MUSIC COMPANY, et al., | |
|     Plaintiff, | CIV-S-07-1766 JAM GGH |
| vs. | |
| YEAGAR HOLDINGS OF CALIFORNIA, INC., and STEVEN ANDREA YEAGER, | |
|     Defendant.             / | <u>ORDER</u> |

On May 6, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

\\\\\

1

1       Accordingly, IT IS ORDERED that:

2       1. The Findings and Recommendations filed May 6, 2008, are ADOPTED; and

3       2. Plaintiff's motion for entry of default judgment is GRANTED. Judgment is rendered in the amount of $10,000.00 in statutory damages, $596.00 in costs, and $1,175.00 in fees. A permanent injunction is granted against defendants as specified in the findings and recommendations.

DATED: September 9, 2008

                               /s/ John A. Mendez
                               UNITED STATES DISTRICT JUDGE

bertram.jo